MCGREGOR W. SCOTT
United States Attorney
ROBERT J. ARTUZ
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**SEALED**

**FILED**

DEC 1 2 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-224-KJM |
| Plaintiff, | |
| v. | ORDER TO SEAL |
| WILLIAM FRANCIS STEVENS | |
| Defendant. | |

The Court hereby orders that the Indictment, the Petition of Special Assistant United States Attorney Robert J. Artuz to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: 12/12/19

_____
ALLISON CLAIRE
United States Magistrate Judge

ORDER TO SEAL

1