PHILLIP A. TALBERT
Acting United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00224-KJM |
| Plaintiff, | ORDER DISMISSING INDICTMENT |
| v. | DATE: April 26, 2021 |
| WILLIAM FRANCIS STEVENS, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Kimberly J. Mueller |

**ORDER**

Based on the United States' Motion to Dismiss, and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, it is HEREBY ORDERED that the Indictment is dismissed. Accordingly, the Judgment and Sentencing Hearing scheduled for April 26, 2021, is VACATED.

DATED: March 9, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE